STATE v. WATTS

No. 148 PC.

Case below: 38 N.C. App. 561.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 4 January 1979.

STATE v. WEBB

No. 139 PC.

Case below: 38 N.C. App. 628.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 January 1979.

TEAGUE v. ALEXANDER

No. 133 PC.

Case below: 38 N.C. App. 332.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 January 1979.

TELEGRAPH CO. v. HOUSING AUTHORITY

No. 149 PC.

Case below: 38 N.C. App. 172.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 January 1979.

TOWN OF HILLSBOROUGH v. BARTOW

No. 14.

Case below: 38 N.C. App. 623.

Motion of defendant to dismiss plaintiff's appeal for lack of substantial constitutional question allowed 29 December 1978.